```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 09405
   TANI M STANLEY
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-9012


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/23/07 .

     2.  The case was dismissed without confirmation, 10/19/2007.

     3.  The Debtor paid a total of $    2344.64 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG            .00          .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE     NOT FILED          .00            .00
GMAC RESCAP LLC            SECURED                  .00          .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE     NOT FILED          .00            .00
THE OAKS AT GREEN TRAILS   SECURED                61.98          .00          61.98
CITIBANK NA                UNSECURED         NOT FILED          .00            .00
CACH LLC                   UNSECURED         NOT FILED          .00            .00
CACH LLC                   UNSECURED         NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED         NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED         NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED         NOT FILED          .00            .00
CITIBANK NA                UNSECURED         NOT FILED          .00            .00
CREDIT ONE BANK            UNSECURED         NOT FILED          .00            .00
DISCOVER BANK              UNSECURED         NOT FILED          .00            .00
HSBC                       UNSECURED         NOT FILED          .00            .00
NICOR GAS                  UNSECURED         NOT FILED          .00            .00
CITIBANK NA                UNSECURED         NOT FILED          .00            .00
SHERMAN FINANCIAL GROUP    UNSECURED         NOT FILED          .00            .00
AMSHER COLLECTIONS SVCS    UNSECURED         NOT FILED          .00            .00

CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  61.98          .00          .00         .00          61.98
PRINCIPAL PAID      61.98          .00          .00         .00          61.98
INTEREST PAID         .00          .00          .00         .00            .00
TOTAL PAID          61.98          .00          .00         .00          61.98
```

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   3500.00 and was paid $    1600.00   direct and $    1618.58   through the plan.

The Trustee received $       77.92 .

Refunds to the Debtor totaled $    586.16 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE